UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 11 MJ 1669 (MRG) |
| Plaintiff, | : | |
| | : | **ORDER OF DISMISSAL** |
| -against- | : | |
| | : | |
| Robert Jordan | : | |
| | : | |
| Defendant. | : | |

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   22   day of February , 20 21
Poughkeepsie, New York